IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEX MATTOX, <br><br> Plaintiff, <br><br> vs. <br><br> BRAD JOHNSON, Director; and C.C.S. CORRECTION CARE SOLUTIONS, <br><br> Defendants. | 8:17CV354 <br><br> MEMORANDUM AND ORDER |

On February 13, 2018, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 9](#).) Additionally, on February 22, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 11](#).) To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 3rd day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge